UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>IVAN BENTANZOS TORRES,<br>    Defendant. | No. CR 16-287 JLR<br><br>[PROPOSED]<br><br>ORDER GRANTING<br>MOTION FOR LEAVE TO FILE<br>DEFENSE PRESENTENCE REPORT<br>UNDER SEAL<br><br>Noting date: November 24, 2017 |

Defense counsel having moved this Court for Leave to File, under seal, the

Defense Presentence Report, and the court having considered the Motion,

Accordingly, it is hereby ORDERED that the Defendant may file the Defense

Presentence Report Under Seal.

Done this 16 November , 2017.

_____

HONORABLE JAMES L. ROBART, Judge
United States District Court
for the Western District of Washington

MOTION-
- 3

LAW OFFICES OF MICHAEL S. KOLKER
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WA 98101
206-464-1761

1

2

3

4

5

6

7   Presented by:

8

9   LAW OFFICES OF
    MICHAEL S. KOLKER
10

11   Michael S. Kolker,
     WSBA No. 16932
12   Attorney for Mr. Torres

13

14

15

16

17

18

19

20

21

22

23

24

25   MOTION-
       - 4
26

1
2
3
4
5
6
7
8

## Certificate of Service

9   The Defense certifies that copies of this Motion to Seal and Proposed Order has been
10  electronically delivered to the United States Probation Office, and all counsel of record,
    via the CM/ECF system.

11  Dated this _____ of November, 2017.

12

13

14  Michael S. Kolker, WSBA No. 16932
    Attorney for Defendant
15

16

17

18

19

20

21

22

23

24

25  MOTION-
    - 5
26
LAW OFFICES OF MICHAEL S. KOLKER
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WA 98101
206-464-1761