Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-287 JLR |
| Plaintiff | [PROPOSED] ORDER TO SEAL |
| v. | |
| IVAN BETANZOS TORRES, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained within the United States' Sentencing Memorandum;

//
//
//

Order to Seal
*U.S. v. Betanzos Torres*, CR16-287 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       It is hereby ORDERED that the United States' Sentencing Memorandum shall
2 remain sealed.
3
4
5       DATED this 29th day of November, 2017.
6
7
8                                         JAMES L. ROBART
9                                         United States District Judge
10
11
12 Presented by:
13
*S/ S. Kate Vaughan*
14 S. KATE VAUGHAN
Assistant United States Attorney
15

Order to Seal
*U.S. v. Betanzos Torres*, CR16-287 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970